# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**             June 7, 2001

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

UNITED STATES OF AMERICA
(Rural Development)

Plaintiff

vs                                                 CIVIL 98-1824CCC

CARMEN N. RIOS-ORTIZ

Defendant

By order of the Court plaintiff's Notice to the Court (**docket entry 16**) is NOTED. The docket shall so reflect.

*signature* - Secretary

s/cs:to (2)
attys/pts
in ICMS

JUN - 8 2001