# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                              July 29, 2003

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

UNITED STATES OF AMERICA
(Rural Development)

vs                                              CIVIL 98-1824CCC

CARMEN N. RIOS-ORTIZ

By order of the Court the U.S.A.'s Motion Requesting Continuation of Foreclosure filed on July 22, 2003 (**docket entry 18**) is GRANTED. Parties to be notified.

                                                        ⁓ - Secretary