IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**          December 9, 2003

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

UNITED STATES OF AMERICA
(Rural Development)

vs                                   CIVIL 98-1824CCC

CARMEN N. RIOS-ORTIZ

By order of the Court the U.S.A.'s Motion to Set Aside Sale filed on December 3, 2003 (**docket entry 21**) is MOOT. The docket shall so reflect.

- Secretary